**IT IS ORDERED as set forth below:**

**Date: November 7, 2019**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SAM ELSAYED ELSHAZLY, | ) | CASE NO. 19-65454-JWC |
| | ) | |
| Debtor. | ) | JUDGE JEFFERY W. CAVENDER |
| | ) | |
| WINSHIP FARMS HOMEOWNERS ASSOCIATION, INC., | ) ) ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| SAM ELSAYED ELSHAZLY and WILLIAM J. LAYNG, JR. (as Trustee), | ) ) ) | |
| Respondents. | ) | |

**ORDER MODIFYING AUTOMATIC STAY**

A hearing on a *Motion for Relief from Stay* ("Motion", Doc. No. 10) filed on October 2, 2019 by Winship Farms Homeowners Association, Inc. ("Movant") came before this Court on

November 7, 2019. In the Motion, Movant sought an order from this court that the automatic stay of 11 U.S.C. § 362(a) be lifted, modified, or terminated to permit Movant to (1) pursue state law remedies available to foreclose Movant's lien on the real property located at 4342 White Surrey Drive, Kennesaw, Georgia, 30144 ("Property") by way of a judicial foreclosure action and (2) otherwise enforce the *Declaration of Covenants, Conditions, Restrictions and Easements for Winship Farms Subdivision* ("Declaration"), pursuant to 11 U.S.C. §§ 362(d)(1) and (2). Debtor, Debtor's attorney, and the Chapter 7 Trustee did not appear at said hearing to oppose the relief sought in the Motion. No party filed a responsive pleading to the Motion. Movant alleges that the Motion was properly served and that the hearing was properly noticed. On November 6, 2019, the Chapter 7 Trustee entered a *Chapter 7 Trustee's Report of No Distribution* on the docket. (Unnumbered minute entry dated November 6, 2019). Accordingly, it is hereby

**ORDERED** that the Motion is ***granted*** as follows: the automatic stay of 11 U.S.C. § 362(a) is ***modified*** to permit Movant to (1) pursue state law remedies available to foreclose Movant's lien on the Property by way of a judicial foreclosure action and (2) otherwise enforce the Declaration, pursuant to 11 U.S.C. §§ 362(d)(1) and (2); however, Movant shall promptly remit to the Chapter 7 Trustee any proceeds that exceed the lawful debt owed to Movant by Debtor (if any) for proper distribution under the law. It is further

**ORDERED** that the Chapter 7 Trustee shall cease funding any Proof(s) of Claim previously submitted by Movant (if any). It is further

(Final paragraph continued on next page)

**ORDERED** that the stay imposed by F.R.B.P. 4001(a)(3) is *waived* as requested by Movant in the Motion.

[END OF DOCUMENT]

Prepared and submitted by:

 /s/ Daniel E. Melchi_____
Daniel E. Melchi
Georgia Bar No. 501187
Attorney for Movant
LUEDER, LARKIN & HUNTER, LLC
5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
E:  dmelchi@luederlaw.com

## DISTRIBUTION LIST

Sam Elsayed Elshazly
4342 White Surrey Drive, N.W.
Kennesaw, GA  30144

Lorena Lee Saedi
c/o Saedi Law Group, LLC
3006 Clairmont Road, Suite 103
Atlanta, GA  30329

William J. Layng, Jr., Chapter 7 Trustee
c/o William J. Layng, Jr., PC
2451 Cumberland Parkway, Suite 3477
Atlanta, GA  30339-6157

---

*Daniel E. Melchi, attorney for Winship Farms Homeowners Association, Inc., waives mailed service.  He will receive e-notice.*